CERTIFICATE OF SERVICE

      I, Kristin L. Vassallo, an Assistant United States Attorney for the Southern District of New York, hereby certify that on June 21, 2007, I caused a copy of the foregoing Answer to be served by United States mail upon the following individuals:

John S. Kanzler, Esq.
Finz & Finz, P.C.
100 Jericho Quadrangle
Jericho, New York 11753

Dated: New York, New York
       June 21, 2007

                                             /s/ Kristin L. Vassallo
                                          KRISTIN L. VASSALLO
                                          Assistant United States Attorney