

# FINZ & FINZ

ATTORNEYS AND COUNSELORS AT LAW

100 JERICHO QUADRANGLE
JERICHO, NY 11753

telephone (516) 433-3000
facsimile (516) 433-3001
www.FinzFirm.com

44 WALL STREET
NEW YORK, NY 10005

telephone (212) 513-1000
facsimile (212) 513-7707
Reply to Jericho Office

July 26, 2007

212-805-6382 (VIA FAX)
Attention: Justice Victor Marrero

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-26-07
```

Antongiorgi v. United States of America
07CIV3185

Dear Justice Marrero:

At approximately 3:45 PM this afternoon, we were advised of the conference scheduled before you, tomorrow at 3:00 PM with respect to the above referenced matter.

Please allow this letter to respectfully request an adjournment of this matter as the attorney that is handling this case is away on vacation and we do not have another attorney who has knowledge of this matter.

Please be advised that this office spoke with Elliot Greenfield who advised us that the Court has availability for a conference on August 9, 2007 at 2:45 PM. Our office respectfully requests that this conference be adjourned to that date and that the Joint Letter be due on August 6, 2007. Kristin Vassallo, Assistant United State Attorney has consented to the adjournment of the conference.

Kindly contact the undersigned as to your position with respect to the adjournment of this conference and the due date of the Joint Letter.

Very truly yours,

FINZ & FINZ, P.C.

Cheri Einbinder

cc. Kristin Vassallo, Assistant United State Attorney
FAX - 212-637-2730

Request GRANTED. The initial conference herein is rescheduled to 8-9-07 at 2:46PM.

SO ORDERED.

7-26-07
DATE

VICTOR MARRERO, U.S.D.J.

A  PROFESSIONAL  LAW  CORPORATION