UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANGEL A. ANTONGIORGI,

        Plaintiff,

    -v.-

UNITED STATES OF AMERICA,

        Defendant.
------------------------------------------------------------x

**ORDER FOR CONFERENCE PURSUANT TO RULE 16(a)**

07 Civ. 3185 (FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07 _____

**FRANK MAAS**
**UNITED STATES MAGISTRATE JUDGE.**

    This action is scheduled for an initial case management conference in accordance with Fed. R. Civ. P. 16(a), on September 19, 2007, at 2:30 p.m., in Courtroom 20A, 500 Pearl Street, New York, New York.

    **AT THE CONFERENCE**, the parties must be prepared to discuss the subjects set forth in subdivisions (b) and (c) of Rule 16.

    **THREE BUSINESS DAYS PRIOR TO THE CONFERENCE**, the parties shall submit a proposed Scheduling Order to the Court in WordPerfect format. The proposed order is to be e-mailed to maasnysdchambers@nysd.uscourts.gov , and shall contain the following:

1. the date of the conference and the appearances for the parties; including the individual attorney's name, the law firm's name, the party(ies) represented, business address, and business phone number;

2. a concise statement of the issues as they then appear;

3. a schedule including:

    a. the names of persons to be deposed and a schedule of planned depositions;

    b.    a schedule for the production of documents;

    c.    dates by which (i) each expert's report* will be supplied to the adversary, and (ii) each expert's deposition will be completed;

    d.    a date prior to the conclusion of discovery when a telephonic status conference with counsel to the parties and the Court will be held;

    e.    a date when discovery is to be completed;

    f.    a date following the conclusion of discovery when a settlement conference will be held;

    g.    the date by which pretrial motions, if any, will be filed;

    h.    the date by which plaintiff(s) will supply pretrial order materials to defendant(s);

    i.    the date by which the parties will submit a joint pretrial order, which should be in accordance with procedures of the judge before whom the trial will be conducted; and

4.    a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

5.    a statement of those discovery issues, if any, as to which counsel, after a good faith effort, were unable to reach an agreement;

6.    anticipated fields of expert testimony, if any;

7.    anticipated length of trial and whether, and by whom, a jury has been requested;

---

*Each expert's report is to set forth not merely the expert's qualifications and conclusions, but also the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

8. a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires;

9. provision for approval of the Court and signature line for the Court; and Plaintiff's counsel is further directed to send a copy of the proposed Scheduling Order, via facsimile, to the undersigned United States Magistrate Judge, at (212) 805-6724, at least two business days before the scheduled conference.

SO ORDERED

Dated: New York, New York
August 21, 2007

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

John S. Kanzler, Esq.
Finz & Finz, P.C.
100 Jericho Quandrangle
Jericho, New York  11753
Via Facsimile @(516) 433-3001

Kristin L. Vassallo, Esq.
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Via Facsimile @(212) 637-2730