# FINZ & FINZ **MEMO ENDORSED**

ATTORNEYS AND COUNSELORS AT LAW

100 JERICHO QUADRANGLE
JERICHO, NY 11753

telephone (516) 433-3000
facsimile (516) 433-3001
www.FinzFirm.com

44 WALL STREET
NEW YORK, NY 10005

telephone (212) 513-1000
facsimile (212) 513-7707
Reply to Jericho Office

September 17, 2007

Via Fax

Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1581

*Conf. adjourned to 9/27 at 9:30 AM.*
*Maas, USMJ, 9/17/07*

Re:   *Antongiorgi v. United States of America*
      Index No. 07 CV 3185 (FM)
      Our File No. 26-0004

Dear Magistrate Judge Maas:

Our firm represents Plaintiff Angel Antongiorgi in the above-referenced medical malpractice action against Defendant United States of America. The parties are presently scheduled to appear before Your Honor for the initial case management conference on Wednesday, September 19, 2007 at 2:30 p.m. The Proposed Scheduling Order was sent to chambers via e-mail and fax on September 14.

A family medical emergency has arisen and I must fly to Florida and remain there the balance of the week. I expect to leave either tonight or tomorrow morning. I am the only attorney in the firm who is familiar with this matter and would prefer to attend the conference personally. As such, with both the knowledge and consent of counsel for the Defendant, AUSA Carolina A. Fornos, I request a brief adjournment of the initial case management conference. Ms. Fornos and I are available September 24, September 27 and September 28 to attend the conference should Your Honor grant the application for an adjournment. There has been no previous request for an adjournment of the initial case management conference.

Thank you for your courtesy in this matter.

Respectfully submitted,

JOHN S. KANZLER

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DATE FILED: 9/17/07*

A PROFESSIONAL LAW CORPORATION

Page 2
September 17, 2007

cc: <u>Via Fax</u>

Michael J. Garcia
United States Attorney for the
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
Attn: AUSA Carolina A. Fornos
Tel. No.: 212-637-2740
Fax No.: 212-637-2702