

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

June 13, 2008

**VIA HAND DELIVERY**
The Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

APPLICATION GRANTED. Settlement
SO ORDERED conf. August 7
2008, at 2 pm

*[signature]*
Frank Maas, USMJ  6/16/08

Re: Antongiorgi v. United States,
    07 Civ. 3185 (FM)

Dear Judge Maas:

On behalf of the parties to the above-referenced action brought against the United States pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.*, we respectfully request a two-month extension to complete all discovery in this matter, as well as an adjournment of the settlement conference presently scheduled for June 18, 2008. The extension is necessary for the reasons explained below.

*First*, the United States was only recently, on June 3, 2008, able to depose Plaintiff Angel Antongiorgi, who resides in Las Vegas, Nevada, because Mr. Antongiorgi suffered a heart attack last Fall and has not been able to travel until just recently. His deposition revealed that he has sought additional treatment from medical providers – other than the VA – which will likely require discovery from third parties.

*Second,* Plaintiff has deposed one doctor, Dr. Howard Leaf, in this case and several doctors are scheduled to be deposed in the next few weeks. As a result of Dr. Leaf's deposition, however, it was discovered that a category of VA medical records may have inadvertently not been identified and produced. That matter has been addressed, and additional medical records have been provided to the Plaintiff today. Plaintiff will need more time to review these records before proceeding with the deposition of additional doctors.

*Third*, because fact discovery has been delayed, our expert disclosures have also been delayed. As such, the parties jointly propose the following schedule for the Court's consideration:

| | |
|---|---|
| Completion of Fact Discovery: | July 31, 2008 |
| Plaintiff's Expert Report: | August 31, 2008 |
| Defendant's Expert Report: | September 31, 2008 |
| Rebuttal Report, if any: | October 15, 2008 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

The parties believe that this extension of discovery deadlines would provide an opportunity to have a meaningful settlement conference. As such, we would respectfully request a settlement conference after the completion of fact discovery, but before expert discovery deadlines.

Thank you for your consideration of this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: CAROLINA A. FORNOS
Assistant United States Attorney
Tel.: (212) 637-2740
Fax : (212) 637-2702

Enclosures

**VIA EMAIL AND FIRST CLASS MAIL**
cc:  Jack Kanzler, Esq.
     Finz & Finz
     100 Jericho Quadrangle #202
     Jericho, NY 11753