

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

August 4, 2008

**MEMO ENDORSED**

**VIA HAND DELIVERY**
The Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 740
New York, New York  10007

    Re:   <u>Antongiorgi v. United States</u>,
           07 Civ. 3185 (FM)

Dear Judge Maas:

    On behalf of the parties to the above-referenced action brought against the United States pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.*, we respectfully request a one week adjournment of the settlement conference, presently scheduled before Your Honor on Thursday, August 7, 2008.  The adjournment would not alter the current discovery deadlines.  The adjournment is requested because the parties would like to depose one more fact witness before the settlement conference, and require additional time to submit the settlement letters required by Your Honor's Procedures Applicable to Cases Referred for Settlement.

    The parties believe that this adjournment would provide an opportunity to have a meaningful settlement conference.

    Thank you for your consideration of this request.

*[Handwritten: Adjourned to 8/14/08 at 3:30 pm.  Maas, USMJ  8/4/08]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
CAROLINA A. FORNOS
Assistant United States Attorney
Tel.: (212) 637-2740
Fax : (212) 637-2702

**VIA EMAIL AND FIRST CLASS MAIL**
cc:   Jack Kanzler, Esq.
       Finz & Finz
       100 Jericho Quadrangle #202
       Jericho, NY 11753

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/4/08]*