```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
ANGEL A. ANTONGIORGI              :

            Plaintiff,            :      ORDER

       -against-                  :      07 Civ. 3185 (MHD)

UNITED STATES OF AMERICA          :

                                  :
            Defendant.
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

ORDERED that an initial conference has been scheduled in the above-captioned action on **FRIDAY, SEPTEMBER 12, 2008, at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       September 8, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

John Stephen Kanzler, Esq.
Finz & Finz, P.C.
100 Jericho Quandrangle
Jericho, NY 11753

Carolina A. Fornos, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007