```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ANGEL A. ANTONGIORGI                 :

               Plaintiff,            :         ORDER

          -against-                  :         07 Civ. 3185 (MHD)

UNITED STATES OF AMERICA             :

                                     :
               Defendant.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A pre-trial conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

1. The parties are to submit a joint pre-trial order by **NOVEMBER 17, 2008.**

2. Trial will commence on **MONDAY, DECEMBER 1, 2008 at 10:00 AM**, in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312.

Dated: New York, New York
       September 12, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

John Stephen Kanzler, Esq.
Finz & Finz, P.C.
100 Jericho Quandrangle
Jericho, NY 11753

Carolina A. Fornos, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007